## GEORGE WALLACE, JR.
### v.
## JAMES HENRY AND JOHN WILKINS, JR.

1807

### JOURNAL ENTRIES

1. Declaration filed; appearance . . . . . *Journal, infra,* \*p. 62
2. Jurors; verdict; judgment . . . . . . . . . " 81

### PAPERS IN FILE

1. Declaration . . . . . . . . . . . . . .
2. Subpoena for Robert Abbott, Charles Curry, William
McCoskry, and Solomon Sibley . . . . . . . . .